UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ADALBERTO BAEZ GARCIA

V.                                              CASE NUMBER: CIVIL 98-2288 (RLA)

ADMINISTRACION DE CORRECCION, et al.

### O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 2/29/00   **Docket #** 13<br>[X] Plffs         [ ] Defts<br>[ ] Other<br><br>**Title:** Mocion Solicitando Re-Inicio de Acción Civil | Reconsideration is DENIED. |

March 2, 2000                             RAYMOND L. ACOSTA
    Date                                  U.S. District Judge

Rec'd:          EOD:

By          # 14