UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ADALBERTO BAEZ GARCIA

V.                                              CASE NUMBER: CIVIL 98-2288 (RLA)

ADMINISTRACION DE CORRECCION, et al.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 4/3/00   Docket # 15<br>[X] Plffs      [ ] Defts<br>[ ] Other<br><br>Title: Motion and Affidavit/<br>Declaration For Leave<br>to Proceed in Forma Pauperis | GRANTED. |

April 12, 2000                    RAYMOND L. ACOSTA
     Date                          U.S. District Judge

Rec'd:        EOD:

By:           # /8