UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ADALBERTO BAEZ GARCIA
   Petitioner,

v.   CIVIL NO. 98-2288 (RLA)

COMMONWEALTH OF PUERTO RICO
   Respondent.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 6/5/00    Docket # 19<br>[ ] Plffs         [ ] Defts<br>[X] Other (Petitioner)<br><br>Title: Motion for Certificate of Appealability and/or Probable Cause | DENIED. Petitioner has not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2). |

July 13, 2000
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:    EOD:

By:     #21

CCA
7/17/00